Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520-0358
rick@rickdalton.law
Tel. (337) 371-0375

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | | |
|---|---|---|
| **CORY A. FOX AND LISA BUTCHER** | § § § | **CIVIL ACTION NO:** |
| | | **1:22-cv-00762-ADA-HBK** |
| v. | § § | |
| **HEARTLAND RECREATIONAL VEHICLES, LLC AND BEST RV CENTER** | § § § § § | |
| *Defendants* | § | **JURY TRIAL REQUESTED** |

**STIPULATION OF DISMISSAL**

**TO THE HONORABLE UNITED STATES COURT:**

Plaintiffs, **CORY A. FOX AND LISA BUTCHER**, and Defendants, **HEARTLAND RECREATIONAL VEHICLES, LLC AND BEST RV CENTER**, file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. The parties have settled this matter.

2. The parties move to dismiss the suit.

3. This case is not a class action.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

-1-

6. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

7. This dismissal is with prejudice to refiling.

RESPECTFULLY SUBMITTED:

BY:/s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520
rick@rickdalton.law
Tel. (337) 371-0375

ATTORNEY FOR PLAINTIFFS

BY:/s/ *William L. Baker*
William Louis Baker
Law Offices Of William L. Baker
1050 Fulton Ave.
Suite 218
Sacramento, CA 95825
916-978-0772
Fax: 916-481-5080
Email: bill@wlbakerlaw.com

ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2023, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_____*Richard C. Dalton*_____
RICHARD C. DALTON